UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 22-01211-SPG(GJSx) | Date | July 25, 2023 |
| Title | Klauber Brothers, Inc. v. Maison Du Soir, Inc. et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

The docket reflects the only remaining defendant is Maison Du Soir, Inc. The plaintiff is not actively pursuing this matter. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion). The Plaintiff is ordered to show cause why this case should not be dismissed for lack of prosecution on or before August 8, 2023. Failure to respond will be deemed consent to the dismissal of the action.

The pretrial conference and jury trial dates are hereby vacated and taken off calendar.

**IT IS SO ORDERED**.

                                                                                            :
                                                                   Initials of Preparer   pg